January 18, 2018



# JUDGMENT

# The Fourteenth Court of Appeals

KAREN WAKEFIELD, Appellant

NO. 14-16-00580-CV                    V.

BANK OF AMERICA, N.A. AND FEDERAL NATIONAL MORTGAGE
ASSOCIATION, Appellees

_____

  This cause, an appeal from the summary judgment in favor of appellees, Bank of America, N.A. and Federal National Mortgage Association, signed May 9, 2016, and made final by the severance order signed June 21, 2016, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

  We order appellant, Karen Wakefield, to pay all costs incurred in this appeal.

  We further order this decision certified below for observance.